UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHDEE ADUL AKBAR,

    Plaintiff,

  v.

JENNIFER BARRETTO,

    Defendant.

Case No. 17-cv-00119-MEJ (PR)

**ORDER OF TRANSFER**

This case was opened when plaintiff, who is incarcerated at the California Health Care Facility ("CHCF") in Stockton, California, filed a document entitled, "Petition for Habeas." Plaintiff's various complaints, however, allege civil rights claims in that he complains about the conditions of his confinement rather than the fact of his confinement or the length of it. Specifically, he complains of inadequate medical care and due process violations.

CHCF is located within the venue of the United States District Court for the Eastern District of California. Venue for civil rights claims concerning the conditions of confinement at CHCF therefore lies in that district. See 28 U.S.C. § 1391. Accordingly, and in the interests of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See §§ 28 U.S.C. 1404(a), 1406(a). The Clerk shall transfer this matter forthwith.

Because it has construed this case as a civil rights action, the Court directs the Clerk to re-code this case under the following nature of suit: "555 Prisoner: Prison Condition."

**IT IS SO ORDERED.**

Dated: January 19, 2017

MARIA-ELENA JAMES
United States Magistrate Judge